CARMINE J. PRINZO, JR. v.
BOARD OF EDUCATION OF EAST BRUNSWICK.

June 23, 1977. Petition for certification denied.

CAMILLE DEL PESCHIO v. JOHN DEL PESCHIO.

June 23, 1977. Petition for certification denied.

CAMILLE DEL PESCHIO v. JOHN DEL PESCHIO.

June 23, 1977. Cross Petition for certification denied.

THE MALAKER CORP., STOCKHOLDER PROTECTIVE COMMITTEE, *ET AL.* v. FIRST JERSEY NATIONAL BANK, *ET AL.*

June 23, 1977. Leave to appeal is granted and the matter is remanded to Appellate Division for a hearing on the merits.

ELIZABETH WHITE v.
VIOLENT CRIMES COMPENSATION BOARD.

July 12, 1977. Petition for certification granted.